Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile: (406) 551-6919
Email: matthewmonforton@yahoo.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| DYLAN DEAN and DARIA DANLEY,<br><br>　　Plaintiffs,<br><br>vs.<br><br>REX WU, Jr.,<br><br>　　Defendant. | Case No. <u>CV-25-83-BU-JTJ</u><br><br>**COMPLAINT** |

## <u>INTRODUCTION</u>

1.　　Race hoaxes have become a weapon of choice on American college campuses. One study found that over two-thirds of hate-crime allegations nationwide are fabricated. But few hoaxes have been as systematic or destructive as the campaign waged against Plaintiffs Dylan Dean and Daria Danley at Montana State University (MSU).

2.     Alexandra Lin and Defendant Rex Wu, Jr. – both MSU students and members of the MSU Chinese Culture Club – weaponized false racism accusations to achieve their political goals. They chose Dean and Danley, two conservative white students with no indication of racial hostility, as their targets.

3.     Lin launched the attack by falsely accusing Danley of hate speech for questioning "preferred pronouns." When that failed to destroy Danley's reputation, Lin fabricated an explosive lie: she claimed Danley had placed a noose in her closet. The accusation was entirely false.

4.     Even before any investigation occurred, Danley's life collapsed. Her sorority expelled her. MSU filed formal harassment charges and imposed a humiliating no-contact order that branded her a dangerous racist across campus.

5.     MSU eventually determined Lin's allegations were fabricated and dismissed all charges. But the University maintained the discriminatory no-contact order for eighteen months, forcing Danley to file federal litigation to secure its removal in March 2023.

6.     Days after Danley's vindication, Defendant Wu escalated the hoax. He emailed a racist death threat to Lin, carefully crafted to frame Danley as the sender. One week later, Wu sent an even more vicious threat – racist, pornographic, and adorned with Nazi symbols – impersonating Dylan Dean.

7.      Lin cynically exploited these fabricated threats as campaign material for her student senate race. Together, she and Defendant Wu orchestrated campus-wide propaganda condemning MSU's alleged indifference to "students of color" – all built on their manufactured crisis.

8.      The false accusations followed Dean and Danley through hallways, classrooms, and dormitories, poisoning their relationships and educational experience.

9.      Wu's deception continued until he confessed to FBI agents earlier this year. He has since pled guilty to federal cyberstalking charges and awaits sentencing by this Court.

10.     The hoax succeeded. Dean and Danley suffered devastating reputational damage, educational disruption, and social ostracization.

11.     While claims against Lin may be time-barred, Wu's tortious conduct demands accountability. His malicious campaign placed Plaintiffs in false light, published defamatory statements about them, and intentionally inflicted severe emotional distress.

## JURISDICTION, PARTIES, AND VENUE

12.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C § 1332(a)(1) based on diversity of citizenship and amount in controversy.

13.    Plaintiff Dylan Dean is a citizen of the State of Montana and resides in Judith Basin County, Montana.

14.    Plaintiff Daria Danley is a citizen of the State of Oregon and resides in Washington County, Oregon.

15.    Defendant Rex Wu, Jr. is a citizen of the State of Illinois and resides in Cook County, Illinois.

16.    Complete diversity of citizenship exists between Plaintiffs and Defendant, as no Plaintiff shares citizenship with Defendant.

17.    The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

18.    No party is a corporation or other artificial entity whose citizenship would affect the diversity analysis.

19.    Venue is proper in the Butte Division of this Court as Defendant Wu committed his tortious acts against Dean and Danley in Bozeman, Montana.

## STATEMENT OF FACTS

20.    Dylan Dean and Rex Wu became friends in summer 2019 before enrolling at MSU. That friendship would later enable Wu to devastate Dean's reputation using inside knowledge of personal details.

21.     Plaintiff Daria Danley enrolled as a full-time student at MSU in August 2020, embarking on what should have been a transformative college experience.

**A. Lin's Efforts to Destroy Danley**

22.     Danley excelled at MSU, earning initiation into the Alpha Gamma Delta (AGD) sorority in November 2020 and election as AGD's Vice President of Campus Relations.



23.     Alexandra Lin joined the same AGD chapter but immediately raised concerns with her inappropriate behavior.

24.     Lin systematically targeted Danley with unwanted sexual advances, routinely making inappropriate sexual comments in front of other AGD members and repeatedly pressuring Danley to "hang out" at her apartment.

25.     Other AGD members recognized the danger. One explicitly warned Danley never to be alone with Lin after observing Lin's attempts to take advantage of intoxicated women.

26.     During an AGD event in August 2021, Danley exercised her First Amendment rights by criticizing the sorority's use of "preferred pronouns" on name tags.

27.     On September 4, 2021, AGD accused Danley of "hate speech" for her constitutionally protected expression. Two weeks later, the sorority expelled her.

28.     Lin then escalated with the most incendiary accusation possible: she claimed Danley had placed a noose in her closet with a note reading "Kill Yourself."

29.     The allegation was completely false. MSU Vice President Tracy Ellig later confirmed that after investigating, MSU determined "there was no noose."

30.     Defendant Wu later admitted Lin fabricated these allegations because Danley rejected her sexual advances – turning personal rejection into a campus-wide racial incident.

**B. MSU's Discriminatory Response**

31.     Despite knowing Lin's allegations were false, MSU's Office of Institutional Equity issued a draconian "no-contact" order against Danley on September 20, 2021, effectively branding her as a dangerous racist.

32.     The no-contact order's terms revealed clear discrimination. While both parties had to leave if they encountered each other, only Danley faced additional restrictions. She was:

- Banned from accessing the sorority house
- Prohibited from "any Alpha Gamma Delta event, regardless of location"
- Required to report any contact with Lin, "even if accidental"
- Subject to enforcement "both on and off campus" indefinitely.

33.     On October 22, 2021, MSU filed an administrative complaint against Danley for "Discrimination" and "Discriminatory Harassment," based on protected speech and Lin's false accusations.

34.     MSU offered to dismiss charges if Danley submitted to "sensitivity" training – essentially demanding confession to crimes she didn't commit. She refused.

35.     On February 3, 2022, MSU dismissed all charges against Danley – but only after devastating her reputation and college experience.

36.     Despite vindication, the no-contact order remained, preventing Danley from attending sorority events nationwide even after AGD's national headquarters reinstated her membership in September 2022.

37.     Lin continued fabricating racial "hate crimes" by falsely accusing her white (female) roommate, Emma Poole, of being a rapist.

38.     MSU repeatedly refused to rescind the unconstitutional order against

Danley, forcing her to file suit in this Court in January 2023. See *Danley v.*

*Christian, et al*., Case No. CV 23-4-H-SEH.  Only then – eighteen months after

imposing the order based on admitted lies – did MSU finally agree to rescind it on

March 3, 2023.

## C. Defendant Wu's Continued Efforts to Destroy Danley

39.     Wu, who was friends with Lin, responded to Danley's exoneration by

launching his own attack.

40.     On March 10, 2023 – just days after MSU rescinded the no-contact

order – Wu sent a racist death threat to Lin designed to frame Danley. The subject

line read "killing the chink," and the message stated: "Hi Chink I have people

watching your house day and night. One of these days you will get what's coming

to you. This isn't Missoula in real Montana we kill gooks like you."

41.     Wu sent this vile message from a ProtonMail account he created

specifically for deception: "DARIA_DD78@proton.me," designed to implicate

Danley in racist death threats.

42.     Defendant Wu named the account to make it appear as though Danley

emailed a racist death threat.

43.     Wu deliberately chose ProtonMail, a Swiss-based service advertising

protection from surveillance and non-cooperation with foreign authorities.

**D. Exploitation of Fabricated Racial Death Threats for Political Gain**

44.     Wu and Lin became student senate candidates and exploited their

fabricated racial threats to bolster their campaigns

45.     On March 15, 2023, five days after Defendant Wu emailed the

fabricated racist death threat from the "DARIA_DD78@proton.me" account he

created, he and Lin appeared before the Montana Board of Regents to deliver a

carefully orchestrated performance.[1] Lin recited false allegations about Danley:

> Over the last three years, I have experienced overt racism and violence
> at the hands of another MSU student. I have been called a chink and an
> Asian bitch. I was told that I should not go to public events because I
> would give students Covid because of my race. I have been told that I
> should kill myself. Those threats were made real when I found a noose
> in my room.

46.     Every word was a calculated lie. Danley never made any such

statements or took any such actions.

47.     Lin then condemned MSU based on the racial death threats she and

Defendant Wu had perpetrated:

> MSU has failed me and all other marginalized students... MSU has not
> made an official statement informing students of these targeted racial
> threats. Their continued inaction has deprived us of the ability to make
> informed safety decisions on campus.

---

[1] A video recording of these statements can be found at
<www.youtube.com/watch?v=QFyEIanamBw>

48.    Defendant Wu followed, condemning the "hate crimes" he himself

had fabricated:

> Hate crimes and hate incidents are becoming increasingly prevalent on
> our campus…When these policies are not enforced, it leaves students of
> color in an extremely vulnerable position.



## E. The Attack on Dylan Dean

49.    On March 19, 2023, Wu completed a Google Form using Dean's

identity for an "Anti-Hate Teach-In" that he and Lin organized around their

fabricated hate crimes.



50.     Wu inserted Dean's email address and identified him as a member of Americans For Prosperity. The form linked to a pornographic anime image with Nazi swastikas and the message "All inferior races will be turned into faggots!" It also threatened Lin: "You better watch out we know where you live chink."

51.     Hours later, Wu ordered a pizza delivery to Lin in Dean's name.

52.     On the morning of March 20, 2023, Defendant Wu advised his friend, Dylan Dean, that Lin had received a death threat and a pizza from someone claiming to be Dean. Dean suggested it was the same person sending previous threats—not knowing his friend Wu was the perpetrator.

## F. Media Manipulation and False Testimony

53.     Lin encouraged social media dissemination of the fabricated death threats:



54.    Lin also used the fabricated racial death threats as a ploy to garner votes in the upcoming MSU student senate race:

 

55.    On March 23, 2023, the Montana Human Rights Network issued a statement demanding that "MSU's administration should proactively and aggressively denounce the threats against LGBTQ+ and BIPOC students." The organization stated further that "[t]he threats and harassment are meant to make targeted communities feel as if they are alone and cut off from support. It's up to the MSU administration and the broader campus and Bozeman community to make it clear that is not the case."

56.    Defendant Wu sent a direct message via Facebook to Dean on March 25, 2023, marveling at the press coverage.

**Rex Wu**

You have Fox and CNN out here 😊

Mar 25, 2023 8:01:21 pm

**Rex Wu**

Lmao huge national coverage in some town in Montana

57.    On March 29, 2023, the *MSU Exponent*, the MSU student newspaper, published an article declaring that "[b]oth the pizza order and the Google form threat were attributed to Dylan Dean." This false attribution in the student newspaper further solidified Dean's reputation as a violent racist among his peers and faculty.

58.    Lin continued politicizing her status as a "victim." On April 12, 2023, while testifying before the Montana Senate Judiciary Committee in opposition to HB 517 (2023), she made the following claim:

> I was one of the targets of these violent Nazi racial death threats. These threats were sent to my university email and my home at midnight. Threats so serious that I briefly left Montana out of concern for my own safety and well-being. I am not the only one who is afraid.

59.    After having testified earlier in the day about her "fears" from "racial death threats," Lin posted on Instagram a video of her legislative testimony with the following message: "Testimony opposing HB517 this morning! Vote for Alexandra Lin for ASMSU Senator at Large."



60.    The *Bozeman Daily Chronicle* published an article on April 13, 2023, detailing the turmoil on MSU's campus.

61.    The following day, Lin sent a text message to Defendant Wu exhorting him to stop "becoming part of the issue" and, instead, further exploit the campus turmoil they had created: "we have to focus on the really serious shit" and "Shit is on the front page of chronicle."

62.    Lin also asked Defendant Wu to help her monetize her campus race hoaxes: "I need ur help to setup this non profit. You were one of the OGs."

63.    Lin also (again) falsely accused her former white (female) roommate of being a rapist.



64.     Defendant Wu and Lin also held another "teach in" on April 14, 2023, to denounce the racial death threats that they themselves had fabricated and exploited to create chaos on campus.

Now that MSU's questionable actions are out in the open, President Cruzado probably wishes she could smooth things over by treating ASMSU to a private dinner and throwing a concert on the centennial mall. These distractions pose no meaningful solution and ring hollow to those closely affected. The remainder of us still just want to understand what is going on.

Join the organizers of the original anti-hate teach in for a

## COUNTER TEACH-IN.

What happened with the QSA death threats? How has MSU handled similar incidents of hate? Why did the university take so long to respond? Why aren't we allowed to hang pride flags on campus? Why did a giant pride flag appear outside Montana Hall? Who are MSU's mega donors? Is safe and dignified housing available to those affected? How can I help? How can I protect my friends? How can I protect my students? How can we make sure this never happens again?

**Friday 4/14 at 5:00 in Cruzado Auditorium (306 Romney)**

65.    On April 15, 2023, MSU removed Lin's name from the ballot due to
her communications that "discouraged other candidates' participation based on
protected class." Evidence of this included a text message in which she denounced
"two privileged white dudes" who were "putting self interest above the common
goal" by refusing to withdraw their candidacies for student senate.



66.    On April 21, 2023, approximately a week before the MSU student
senate elections, Wu advised Dean not to vote for Emma Poole because, according
to Lin, Poole was a rapist.

## G. Lin's Perjured Affidavit Filed Against Dean

67.    Defendant Wu offered to serve as a "mediator" in a meeting in April
2023 between Lin and Dean's then-girlfriend (now wife).

68.    During that meeting, Lin admitted that she did not believe Dean was responsible for sending the racist threats of violence.

69.    Nevertheless, Lin filed a petition for a restraining order against Dean on April 11, 2023, which included a perjured affidavit alleging Dean had harassed, stalked, and abused her by transmitting racist death threats. *Lin v. Dean*, Mont. 18th Jud. Dist. Court, Cause No. DR-16-2023-180-OR.

70.    The allegations in Lin's affidavit were false, and she knew they were false at the time she executed the affidavit.

71.    Based on Lin's perjured affidavit, the state court granted a restraining order against Dean.

72.    The Gallatin County Sheriff's Office served Dean with a copy of the order on April 25, 2023, a day in which he was sitting for a crucial exam.

73.    The issuance of the restraining order cost Dean his Nexus, Global Entry, and TSA Precheck accounts. He hired counsel, suffered substantial emotional distress, and delayed his graduation from May to August 2023.

74.    Meanwhile, Defendant Wu continued what would be a successful campaign for MSU student senate.

75.    In an interview with the MSU Exponent published on April 20, 2023, Wu declared that he was "committed to working with the admin and [MSU police]

in order to expedite the process of obtaining no-contact orders when the allegations have merit."

76.    The following week, Wu won his student senate race, issuing a victory statement pledging to "promote inclusivity, diversity, and equity" and provide "increased security for vulnerable students" – the very students he had terrorized with fabricated threats.



77.    Wu and Lin continued fabricating racial death threats after Dean and Danley graduated in the spring of 2023.

78.    Lin began complaining to the U.S. Department of Education's Office of Civil Rights about MSU's alleged failures to respond to the "threats" against her. She encouraged other students to complain as well.

79.    During a public gathering on June 21, 2023, Lin denounced MSU officials for their lack of responsiveness to the racial death threats she and Wu had

been fabricating: "These hate crimes have been terrifying, but the actions and misactions of the University administration under President Cruzado have been more frightening. All of the anti-Asian and antisemitic hate crimes have yet to be acknowledged by the Executive Council."

80.    In 2023, Lin leveraged her status as a "victim" to become the president of the College Democrats of Montana.

81.    Lin also complained that she had been "continuously victim blamed, humiliated, degraded, dehumanized and retaliated against by administrators for speaking out against this violent racism."

82.    In the summer of 2024, MSU announced the opening of its Campus Civil Rights office.

83.    In response, Lin told the *Daily Montanan* the following:

I hope this is a first step towards justice and resolution for all those who were harmed by the university's lack of action in cases of death threats, sexual assault, discrimination and harassment….But I have concerns that it is a Band-Aid over a bullet wound.

## H. **The Hoax Unravels**

84.    In late December 2024, Wu texted one of Danley's friends, finally admitting: "Lin did the pronouns stink because Daria wouldn't sleep with her."

19



85.    FBI agents interviewed Wu at his residence in February 2025. He admitted to sending the harassing messages.

86.    On July 9, 2025, Wu pled guilty to federal cyberstalking charges. *United States v. Wu*, CR 25-19-BU-DLC. He is scheduled to be sentenced by this Court on November 6, 2025.

87.    Dean and Danley did not learn of Wu's identity as the author of the racial death threats until they learned from the press of Wu's plea in this Court.

88.    Wu's betrayal was particularly devastating because Dean trusted him as a friend and confidant.

89.    Meanwhile, the College Democrats of Montana expelled Lin from their organization in 2024 for online stalking of a thirteen-year-old political

organizer and stealing over $1,000 in merchandise. They publicly stated: "we do not associate, in any way, with Alexandra Lin."

## COUNT I

## FALSE LIGHT INVASION OF PRIVACY

90.    All previous paragraphs are hereby incorporated as though fully stated herein.

91.    False light invasion of privacy is (1) the publicizing of a matter concerning another that (2) places the other before the public in a false light, when (3) the false light in which the other is placed would be highly offensive to a reasonable person, and (4) the actor knew of or acted in reckless disregard as the falsity of the publicized matter. *Lence v. Hagadone Investment Co*., 853 P.2d 1230, 1237 (Mont. 1993), citing Restatement (Second) of Torts § 652E (1977).

92.    Defendant Wu publicized matters concerning Plaintiffs by creating fraudulent email accounts designed to impersonate them and by completing false forms in their names containing racist and threatening content.

93.    Specifically, Wu created the ProtonMail account "DARIA_DD78@proton.me" and used it to send racist death threats to Lin, deliberately crafted to appear as if Danley was the sender.

94.    Wu also completed a Google Form using Dean's identity and email address, linking to pornographic images with Nazi symbols and racist threats, designed to make Dean appear as the author of hate speech and violent threats.

95.    Wu's actions placed both Plaintiffs in a false light before the public by portraying them as violent racists who send racist death threats, characteristics fundamentally opposed to their actual beliefs and values.

96.    The false light in which Wu placed Plaintiffs would be highly offensive to any reasonable person, as it branded them as dangerous racists capable of violence and murder.

97.    Wu acted with actual knowledge of the falsity of his statements and publications. He knew Plaintiffs had not sent the racist threats because he authored them himself. He knew Plaintiffs had not engaged in the conduct he attributed to them because he fabricated it entirely.

98.    As a direct and proximate result of Wu's false light invasion of privacy, Plaintiffs suffered severe reputational harm, emotional distress, educational disruption, loss of opportunities, and social ostracization.

## COUNT II

### DEFAMATION

99.    All previous paragraphs are hereby incorporated as though fully stated herein.

100.    Defendant Wu published false statements of fact concerning Plaintiffs to third parties without privilege.

101.    Wu's defamatory publications included creating email accounts and forms that falsely attributed racist death threats, hate speech, and violent threats to Plaintiffs.

102.    These publications were statements of fact, not opinion, as they purported to show that Plaintiffs had actually engaged in specific conduct— sending death threats and creating hate speech materials.

103.    The statements were false. Plaintiffs never sent racist death threats, never created hate speech materials, and never engaged in the conduct attributed to them by Wu.

104.    Wu caused these false statements to be published to third parties, including Lin, MSU administrators, law enforcement, media outlets, and the broader MSU community.

105.    The statements were defamatory per se as they: (a) charged Plaintiffs with criminal conduct (sending death threats and harassment); (b) imputed to Plaintiffs conduct incompatible with their business, trade, or profession as students; and (c) exposed Plaintiffs to public hatred, contempt, and ridicule.

106.    Wu acted with actual malice, knowing the statements were false or with reckless disregard for their truth or falsity.

107.   As a direct and proximate result of Wu's defamatory statements, Plaintiffs suffered severe harm to their reputations, emotional distress, educational disruption, loss of opportunities, and social ostracization.

## COUNT III

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

108.   All previous paragraphs are hereby incorporated as though fully stated herein.

109.   Wu engaged in extreme and outrageous conduct that exceeded all bounds of decency and was utterly intolerable in a civilized community.

110.   Wu's conduct included: (a) systematically impersonating Plaintiffs to create false evidence of racist conduct; (b) exploiting his friendship with Dean to obtain personal information used to make the impersonation more credible; (c) collaborating with Lin to orchestrate a sustained campaign of false accusations; and (d) continuing his deception even after witnessing the devastating impact on Plaintiffs' lives.

111.   Wu intended to cause severe emotional distress to Plaintiffs, or acted with reckless disregard for the probability that such distress would result.

112.   Wu's conduct was calculated to destroy Plaintiffs' reputations, educational experiences, and personal relationships by falsely branding them as violent racists.

113.   As a direct and proximate result of Wu's extreme and outrageous conduct, Plaintiffs suffered severe emotional distress, including anxiety, depression, humiliation, social isolation, and ongoing trauma from being falsely characterized as dangerous racists.

114.   Plaintiffs' severe emotional distress was a foreseeable and natural response under the circumstances given the public nature of Wu's false accusations and their devastating impact on Plaintiffs' lives and futures.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Dylan Dean and Daria Danley respectfully request that this Court enter judgment in their favor and against Defendant Rex Wu, Jr., and order the following relief:

## A. COMPENSATORY DAMAGES

Award Plaintiffs compensatory damages in an amount to be determined at trial for:

- Past and future reputational harm and damage to their good names;
- Past and future emotional distress, pain, and suffering;
- Educational disruption and interference with their academic pursuits;
- Lost educational and career opportunities;
- Social ostracization and damage to personal relationships;
- Out-of-pocket expenses, including legal fees incurred in defending against Lin's false restraining order petition;
- Loss of government benefits (Nexus, Global Entry, TSA Precheck);
- All other damages proximately caused by Defendant's tortious conduct;

**B. PUNITIVE DAMAGES**

Award Plaintiffs punitive damages in an amount sufficient to punish

Defendant for his malicious, willful, wanton, and outrageous conduct and to deter

similar conduct in the future;

**C. COSTS AND FEES**

Award Plaintiffs their reasonable attorneys' fees and costs incurred in

bringing this action, to the extent permitted by law;

**D. INTEREST**

Award Plaintiffs pre-judgment interest on all damages from the dates such

damages were incurred, and post-judgment interest as provided by law;

**E. GENERAL RELIEF**

Grant such other and further relief as this Court deems just and proper under

the circumstances.

## <u>JURY DEMAND</u>

Plaintiffs hereby demand a trial by jury on all issues so triable as a matter of

right.

DATED: September 2, 2025

Respectfully submitted,

<u>/s/ Matthew G. Monforton</u>
Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile: (406) 551-6919
Email: matthewmonforton@yahoo.com

*Attorney for Plaintiffs*