# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA BUTTE DIVISION

| | |
|---|---|
| DYLAN DEAN and DARIA DANLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>REX WU, JR.,<br><br>Defendant. | CV 25-83-BU-WWM<br><br>ORDER TO SHOW CAUSE |

On December 8, 2025, Plaintiffs Dylan Dean and Daria Danley filed a motion for entry of default against Defendant Rex Wu, Jr., pursuant to Federal Rule of Civil Procedure 55(a). (Doc. 7). The Clerk entered default against Rex Wu, Jr. on the same day. (Doc. 8). This case was reassigned to the undersigned on January 7, 2026. (Doc. 9). Since then, the Plaintiffs have not filed any motions or otherwise advanced this case. Accordingly,

**IT IS HEREBY ORDERED** that on or before October 6, 2026, Plaintiffs shall file a Motion for Default Judgment or otherwise show cause why this case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 22nd day of September, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE